1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT N. JOHNSON,                    CIV. NO. 06-981 DFL DAD

12          Plaintiff,

13      v.                          ORDER RE DISPOSITION AFTER
                                    NOTIFICATION OF SETTLEMENT
14   WISHING WELL ENTERPRISES,
     INC.; and DOES 1 through 10,
15   inclusive,

16          Defendants.
     _____/

17

18        The court has been advised by plaintiff's attorney,

19   Scott N. Johnson, Esq., that this action has been settled.

20   Therefore, it is not necessary that the action remain upon the

21   court's active calendar.

22        Accordingly, IT IS ORDERED:

23        1.  That counsel file settlement/dismissal documents, in

24   accordance with the provisions of Local Rule 16-160, no later

25   than September 13, 2006, and,

26   //

                                    1

1    2.  That all hearing dates previously set in this matter

2  are vacated.

3    IT IS SO ORDERED.

4  Dated:  8/25/2006

5

6

7  _____

8  DAVID F. LEVI
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26